IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SIMA PROPERTIES, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-163-WKW |
| ) | |
| JOHN R. COOPER, in his official ) | |
| capacity as Director of the ) | |
| Alabama Department of ) | |
| Transportation, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On June 9, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 17.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED;

(2) Plaintiff's Motion to Remand (Doc. # 5) is GRANTED;

(3) This case is REMANDED to the Circuit Court of Montgomery County, Alabama, for lack of subject matter jurisdiction; and

(4) Plaintiff's request for attorney's fees and costs under § 1447(c) is DENIED.

The Clerk of the Court is DIRECTED to take the steps necessary to effectuate the remand.

DONE this 29th day of June, 2016.

                                    /s/ W. Keith Watkins
                          CHIEF UNITED STATES DISTRICT JUDGE